FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>Wilfredo Guevara,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>07 - 1415 M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon joint motion of __parties_____, IT IS ORDERED that a detention hearing is set for __August 28_____, __2007__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian_____, in Courtroom __20_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/24/07__                    _____
                                       U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                              Page 1 of 1